Donald L. Gaffney (Admitted *Pro Hac Vice*)
Eric S. Pezold (State Bar No. 255657)
Jasmin Yang (State Bar No. 255254)
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, CA 92626
Phone: (714) 427-7000
Facsimile: (714) 427-7799
  dgaffney@swlaw.com
  epezold@swlaw.com
  jyang@swlaw.com

Attorneys for Bank of America, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>MERUELO MADDUX PROPERTIES, INC., ET AL.,<br><br>Debtors.<br><br>COUNTY OF LOS ANGELES TAX COLLECTOR,<br><br>Plaintiff<br><br>vs.<br><br>BANK OF AMERICA; MERCO GROUP—SOUTHPARK LLC; AND MERUELO MADDUX PROPERTIES—760 S. HILL STREET, LLC,<br><br>Defendants. | DISTRICT CT. CASE NO.: CV 10-3536-SVW<br><br>ADV. NO.: 1:10-AP-01165-KT<br><br>CASE NO. 1:09-BK-13356-KT<br><br>Jointly Administered<br><br>Chapter 11 Proceeding<br><br>**DECLARATION OF ERIC S. PEZOLD IN SUPPORT OF BANK OF AMERICA, N.A.'S MOTION TO WITHDRAW REFERENCE OF ADVERSARY PROCEEDING**<br><br>Date: June 14, 2010[1]<br><br>Time: 1:30 p.m.<br><br>Place: 312 North Spring Street<br>  Courtroom 6<br>  Los Angeles, California |

## DECLARATION OF ERIC S. PEZOLD

I, Eric S. Pezold, declare under penalty of perjury as follows:

1.  I am over 21 years of age.

---

[1] Counsel for Bank of America N.A. have contacted the Court to amend the hearing date for the Motion to Withdraw Reference of Adversary Proceeding and will circulate an amended notice of hearing upon receiving a new hearing date.

20699.0150\YANGJ\SWDMS\11541382

2. I am currently a lawyer at the law firm of Snell & Wilmer, LLP, in Costa Mesa, California.

3. This Declaration is submitted in connection with the *Motion to Withdraw Reference of Adversary Proceeding* (the "Motion") filed by Bank of America, N.A. ("BofA") on May 11, 2010.

4. I and my law firm represent BofA in the above-captioned case.

5. In compliance with Local Rule 7-3 of this Court, on April 27, 2010, I held a telephonic meet and confer with counsel for the parties to the Motion, Barry Glaser, counsel for the County of Los Angeles Tax Collector, and John N. Tedford IV, counsel for Meruelo Maddux Properties, Inc. (and its 53 related affiliated debtor entities), advising them of BofA's intent to file the Motion and discussing the substance of the Motion. During this meet and confer conference the parties were unable to come to a resolution eliminating the necessity of a hearing on the Motion.

Executed this 20th day of May, 2010, in Costa Mesa, California.

/s/ Eric S. Pezold
Eric S. Pezold

## PROOF OF SERVICE

I am employed in the Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 350 South Grand Avenue, Suite 2600, Los Angeles, California 90071.

On May 20, 2010, I served, in the manner indicated below, the foregoing document described as: **DECLARATION OF ERIC S. PEZOLD IN SUPPORT OF MOTION TO WITHDRAW REFERENCE OF ADVERSARY PROCEEDING,** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Los Angeles, addressed on the *Attachment*.

☒ BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Los Angeles, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to. (C.C.P. § 1013(a)).

☐ BY FACSIMILE: (C.C.P. § 1013(e)(f)).

☐ BY OVERNIGHT MAIL: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by hand to the offices of the addressees. (C.C.P. § 1011(a)(b)).

☒ BY EMAIL: On **May 20, 2010**, served the following person(s) and/or entity(ies) by email as follows:
   JTedford@dgdk.com
   JBingham@dgdk.com
   MAbel@dgdk.com
   bglaser@swjlaw.com
   jchoi@swjlaw.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 20, 2010, at Los Angeles, California.

/s/ Linnea B. Dakin
Linnea B. Dakin

20699.0150\YANGJ\SWDMS\11541382

- 3 -

# **ATTACHMENT**

Barry Glaser
Jacquelyn Choi
STECKBAUER, WEINHART, JAFFE, LLP
333 South Hope Street, 36th Floor
Los Angeles, California 90071

Attorneys for the County of Los Angeles Tax Collector

John J. Bingham
John N. Tedford IV
Michael C. Abel
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Attorneys for Meruelo Maddux Properties – 760 S. Hill, LLC
and Merco Group-Southpark, LLC

The Honorable Kathleen Thompson
United States Bankruptcy Court
21041 Burbank Boulevard, Suite 305
Woodland Hills, California 91387
(via Messenger)

20699.0150\YANGJ\SWDMS\11541382

- 4 -